# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Keith Kessler, Deanna Kessler, Stephen Kessler, Leah Kessler, Hayden Kessler, and Megan Kessler, <br><br> Plaintiffs, <br><br> v. <br><br> Minnesota Power, a Division of ALLETE, Inc., <br><br> Defendant. | **ORDER** <br><br> Case No. 1:22-cv-029 |

Pursuant to its discussion with the parties during the status conference on January 9, 2023, the court shall reschedule the final pretrial conference and jury trial in this matter. Accordingly, the final pretrial conference set for September 25, 2023, shall be rescheduled for April 16, 2024, at 9:00 AM by telephone. The conference shall be attended by lead counsel for each party, with authorization to bind the party on all matters addressed at the conference. To participate in the conference, the parties shall call (877) 810-9415 and enter access code 8992581. The conference may be recorded for the convenience of the court. The jury trial set for Otober 16, 2023, shall be rescheduled for April 29, 2024, at 9:00 AM in Bismarck (Eagle Courtroom) before Judge Hovland. A five (5) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 10th day of January, 2023.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court