**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Keith Kessler, Deanna Kessler, Stephen Kessler, Leah Kessler, Hayden Kessler, and Megan Kessler, | ) ) ) ) | **ORDER** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| Minnesota Power, a Division of ALLETE, Inc., | ) ) | Case No. 1:22-cv-029 |
| Defendant. | ) ) ) | |

On June 29, 2023, the Parties filed a Joint Discovery Plan/Stipulation Amending Scheduling Plan. (Doc. No. 97). The court **ADOPTS** the Parties' plan and stipulation (Doc. No. 97) in part. The pretrial deadlines shall be amended as follows:

(1)    All fact discovery will be completed by the following deadline, with all discovery pursuant to Rules 33, 34, and 36 to be served a minimum of thirty-three (33) days prior to the deadline: April 1, 2024.

(2)    Discovery motions are due by May 15, 2024.

(3)    The deadlines for exchanging complete expert witness reports are as follows:

    (a)    April 1, 2024 for Plaintiffs;

    (b)    May 1, 2024, for Defendant; and

    (c)    May 15, 2024, for rebuttal experts.

(4)    Depositions of expert witnesses shall be completed by June 15, 2024.

(5)    Non-dispositive motions are due by July 1, 2024.

(6)    Dispositive motions are due by July 1, 2024.

1

(7)     Depositions taken only for presentation at trial shall be completed at least 30 days prior to trial.

(8)     Motions in limine shall be filed at least thirty (30) days prior to trial unless otherwise instructed by the court.

The parties have agreed to the following:

(9)     Maximum number of interrogatories to be issued to a party: 50.

(10)    Maximum number of requests for admissions to be issued to a party: 50.

(11)    Maximum number of request for production of documents to be issued to a party: 50.

(12)    Maximum number of depositions to taken per side: 12 factual depositions, excluding expert witness depositions.

The final pretrial conference set for April 16, 2024 shall be rescheduled for November 19, 2024, at 9:00 AM by telephone before the magistrate judge.  To participate in the conference the parties shall call (877) 810-9415 and enter access code 8992581.   The jury trial set for April 29, 2024, shall be rescheduled for December 2, 2024, at 9:00 AM in Bismarck (Eagle courtroom) before Judge Hovland.  A five (5) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 30th day of June, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court