IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Keith Kessler, Deanna Kessler, Stephen Kessler, Leah Kessler, Hayden Kessler, and Megan Kessler, | ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) ) | Case No. 1:22-cv-029 |
| Minnesota Power, a Division of ALLETE, Inc. | ) ) ) ) | |
| Defendant. | ) | |

On April 24, 2024, Defendant filed a Motion to Amend Scheduling Order. (Doc. No. 102). They requested additional time complete discovery.

On May 2, 2024, the court held a status conference with the parties to discuss revisions to the pretrial deadlines and the viability of the current trial date. Pursuant to it discussion with the parties, the court **ORDERS**:

(1) The final pretrial conference scheduled for November 19, 2024, shall be rescheduled for November 24, 2025, at 1:30 PM by telephone before the magistrate judge. To participate in the conference the parties should call (877) 810-9415 and enter access code 8992581.

(2) The jury trial scheduled for December 2, 2024, shall be rescheduled for December 8, 2025, at 9:00 AM in Bismarck before Judge Hovland. A five (5) day trial is anticipated.

(3) Defendant's motion to Amend Scheduling Order (Doc. No. 102) is **GRANTED**. The

parties shall have until May 17, 2024, to prepare and submit a revised scheduling and discovery plan for the court's review. They should submit to the court via email to ndd_J-Hochhalter@ndd.uscourts.gov.

Dated this 2nd day of May, 2024.

                                            */s/ Clare R. Hochhalter*
                                            Clare R. Hochhalter, Magistrate Judge
                                            United States District Court