# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Keith Kessler, Deanna Kessler, Stephen Kessler, Leah Kessler, Hayden Kessler, and Megan Kessler, <br><br> Plaintiffs, <br><br> vs. <br><br> Minnesota Power, a Division of ALLETE, Inc. <br><br> Defendant. | **ORDER** <br><br> Case No. 1:22-cv-029 |

On May 9, 2024, the Parties filed a "Joint Discovery Plan/Stipulation Amending Scheduling Order." (Doc No. 109). The court **ADOPTS** the parties' Joint Plan/Stipulation (Doc. No. 109) and **AMENDS** the pretrial deadlines as follows:

(1) All fact discovery shall be completed by September 1, 2024.

(2) Discovery motions are due by October 1, 2024.

(3) The deadlines for exchanging complete expert witness reports are:

November 1, 2024, for Plaintiffs;

December 2, 2024, for Defendant; and

December 16, 2024, for rebuttal experts

(4) Depositions of expert witnesess shall be completed by March 3, 2025.

(5) Nondispositive and dispositive motions are due by June 2, 2025.

(6) Trial depositions shall be completed by November 3, 2025.

(7) Motions in limine are due by November 3, 2025.

**IT IS SO ORDERED.**

Dated this 10th day of May, 2024.

                                                  */s/ Clare R. Hochhalter*
                                                  Clare R. Hochhalter, Magistrate Judge
                                                  United States District Court