IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Keith Kessler, Deanna Kessler, Stephen Kessler, Leah Kessler, Hayden Kessler, and Megan Kessler, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| Minnesota Power, a Division of ALLETE, Inc., | ) ) ) | Case No. 1:22-cv-029 |
| Defendant. | ) ) | |

On February 12, 2025, Plaintiff filed an unopposed Motion to Adopt Joint Discovery Plan and Amend Scheduling Order. (Doc. No. 114). The Parties also filed a Joint Plan/Stipulation Amending Scheduling Order. (Doc. No. 116).

The court **GRANTS** the motion (Doc. No.114) and **ADOPTS** the stipulation (Doc. No. 116). The pretrial deadlines shall be amended as follows:

- The deadlines for exchanging complete expert witness reports are as follows:

    March 1, 2025 for Plaintiffs' expert reports

    April 1, 2025, for Defendant's expert reports

    April 15, 2025, for rebuttal expert reports

- All fact discovery will be completed by March 31, 2025.

- Discovery motions are due by May 1, 2025.

- Discovery depositions of expert witnesses shall be completed by May 15, 2025.

**IT IS SO ORDERED.**

Dated this 13th day of February, 2025.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court