IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Keith Kessler, Deanna Kessler, Stephen Kessler, Leah Kessler, Hayden Kessler, and Megan Kessler,<br><br>      Plaintiff,<br><br>vs.<br><br>Minnesota Power, a Division of ALLETE, Inc.,<br><br>      Defendant. | **ORDER**<br><br>Case No. 1:22-cv-029 |

On March 25, 2025, the Parties filed: (1) a "Stipulation Regarding Extension of Deadline for Factual Discovery as to Deposition of Minnesota Power Representative;" and (2) a "Stipulation Regarding Extension of Deadline for Defendant's Expert Report(s)." (Doc. Nos. 122 and 123). Therein the Parties agreed to extend the deadline to depose Defendant's Representative and to hold Defendant's expert disclosure deadline in abeyance pending Plaintiff's production of requested medical records.

The court **ADOPTS** the Parties' stipulations (Doc. No. 122 and 123). Plaintiffs shall have until April 7, 2025, to take the deposition of Defendant's representative. Defendant's expert disclosure deadline shall be held in abeyance pending further order. Once Plaintiff has been able to produce the requested medical records, the Parties shall file a status report containing their proposal for a new deadline for Defendant's expert disclosures.

**IT IS SO ORDERED.**

Dated this 26th day of March, 2025.

                                                */s/ Clare R. Hochhalter*
                                                Clare R. Hochhalter, Magistrate Judge
                                                United States District Court